# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Gavin Moyle, by Jessica Repp, his mother, and natural guardian, Jessica Repp, as trustee for the next-of-kin of Carl Moyle, deceased, | Civil No. 07-848 (RHK/RLE) |
| Plaintiffs, | **ORDER** |
| vs. | |
| Bruce Anderson, individually and in his official capacity, John Does I through VII, individually and in their official capacities, Sherburne County, | |
| Defendants. | |

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: February 7, 2007

                                                                                                     s/Richard H. Kyle  
                                                                                                     RICHARD H. KYLE  
                                                                                                     United States District Judge